# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alireza Behfar, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:26-cv-05317-WLH-RAO |
| v. | |
| United States Citizenship and Immigration Services, et al., | **ORDER ON REQUEST TO PROCEED** *IN FORMA PAUPERIS* **(NON-PRISONER CASE)** |
| DEFENDANT(S) | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it.  On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.       ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees.  This is what is missing:

Plaintiff did not completely answer questions 1b and 3. Regarding the latter question in particular, he indicates that his account balances are "of course . . . not zero," but then fails to provide the last six months of balances for his four accounts listed. *See* Local Rule 5-2. Additionally, it is unclear how Plaintiff pays $2,150-$2,600 in monthly expenses and supports his wife, father, mother, and brother if he is unemployed and his only source of income is $292 in SNAP benefits. *Id*.; *Melson v. Forte Constr. Servs. LLC*, 2020 WL 4549273, at *1 (D. Idaho Aug. 6, 2020) (IFP denied because plaintiff failed to explain how expense deficit was paid).

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks  ☐ subject matter jurisdiction  ☐ removal jurisdiction.
    ☐ The action is frivolous or malicious.
    ☐ The action fails to state a claim upon which relief may be granted.
    ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

(1) Refile a fully completed Request on the Court's CV-60 form, including disclosing all sources of income and their amounts, as well as all assets and their values, and separately addressing the discrepancies above in a statement not to exceed one page; OR

(2) Pay the full filing fee of $405.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| June 8, 2026 | |
|---|---|
| Date | United States District Judge |